IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Talbot-Dacres, Courtney | Case Number: 07 B 05990 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 10/2/07 | Filed: 4/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 16, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,928.00 | |
| Secured: | | 484.50 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,339.38 |
| Trustee Fee: | | 104.12 |
| Other Funds: | | 0.00 |
| Totals: | 1,928.00 | 1,928.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,424.00 | 1,339.38 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Harris Bank | Secured | 7,404.17 | 0.00 |
| 4. | JP Morgan Chase Bank | Secured | 7,780.00 | 484.50 |
| 5. | Litton Loan Servicing | Secured | 78,777.63 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 332.06 | 0.00 |
| 7. | Western Michigan University | Unsecured | 14,448.80 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 10,522.94 | 0.00 |
| 9. | JP Morgan Chase Bank | Unsecured | 3,871.29 | 0.00 |
| 10. | Nicor Gas | Unsecured | 1,372.21 | 0.00 |
| 11. | AFNI | Unsecured | | No Claim Filed |
| 12. | People Choice Home Loan | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | USA 1 National Credit Union | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 126,933.10 | $ 1,823.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 104.12 |
| | _____ |
| | $ 104.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Talbot-Dacres, Courtney

Printed:  10/2/07

Case Number:  07 B 05990
Judge:  Wedoff, Eugene R
Filed:  4/3/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*